PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vincent Cleary                                   Cr.: 00-00086-001

Name of Sentencing Judicial Officer: Katherine S. Hayden, U.S.D.J.

Date of Original Sentence: 04/06/01

Original Offense: Theft of Government Funds - 18 U.S.C. 641 & 2, a Class C felony

Original Sentence: 12 months imprisonment with 3 years supervised release. Special conditions: $48,834.62 restitution; mental health treatment; financial disclosure; no new credit; and $100 special assessment.

Type of Supervision: Supervised Release            Date Supervision Commenced: 09/02/04

Assistant U.S. Attorney: Nicholas Acker             Defense Attorney: K. Anthony Thomas, AFPD

### PETITIONING THE COURT

[X]  To issue a warrant

The probation officer alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On 04/29/06 the offender was arrested by the Newark Police Department and charged with Lewdness, in violation N.J.S. 2C:14-4(a). This arrest was in response to a complaint which alleged the offender exposed his himself to a 13 year old female neighbor. Based upon this incident the New Jersey Division of Parole charged the offender with additional criminal acts which include Violation of his Conditions of Community Supervision for Life, in violation of N.J.S. 2C:43-6.4 and Attempting to Lure a Child, in violation of N.J.S. 2C:13-6. |

I declare under penalty of perjury that the foregoing is true and correct.

By: *Janice Fink*
    Janice L. Fink
    Senior U.S. Probation Officer
    Date: 05/19/06

PROB 12C - Page 2
Vincent Cleary

THE COURT ORDERS:

[ ] The Issuance of a Summons. Date of Hearing: .
[X] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

5/24/06
_____
Date