UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Crim. No. 00-86**

UNITED STATES OF AMERICA v. **VINCENT CLEARY**
Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **Vincent Cleary, SBI# 000916247A,** and **D.O.B. 09/01/55** is now confined in the **Adult Diagnostic and Treatment Center.**

2. **Vincent Cleary** will be required at the United States District Court before the Honorable Katharine S. Hayden on **Monday, June 16, 2008,** at 2:00 p.m. for a Violation Hearing in the captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: May 12, 2008

Douglas Herring
Assistant United States Attorney
Petitioner - (973)645-2891

ORDER FOR WRIT: Let the Writ Issue.

DATED: 5/21/08

HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Adult Diagnostic and Treatment Center. We Command You that you have the body of **Vincent Cleary** (by whatever name called or charged) now confined in New Jersey State Prison - Adult Diagnostic and Treatment Center brought to the United States District Court before the Honorable Katharine S. Hayden, Newark, New Jersey on Monday, June 16, 2008 at 2:00 p.m., for a Violation Hearing in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden,
United States District Judge at Newark, N.J.

DATED: 5/21/08

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk