UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. KATHARINE S. HAYDEN |
| | : | CRIMINAL NO. 00-86 (KSH) |
| V. | : | **CONSENT ORDER** |
| | : | **MODIFICATION OF** |
| | : | **SUPERVISED RELEASE** |
| VINCENT CLEARY | : | |

This matter having been opened to the Court by the defendant, Vincent Cleary, by his attorney, K. Anthony Thomas, Esq., Assistant Federal Public Defender, with the government's consent, and for good cause shown; and

WHEREAS, Mr. Cleary is being supervised for life by the State of New Jersey, Division of Parole;

WHEREAS, as a condition of Mr. Cleary's lifetime supervision, he is tested regularly for alcohol and controlled dangerous substances;

WHEREAS, the Division of Parole presently shares those test results with the United States Probation Office; and

WHEREAS, the Division of Parole has granted Mr. Cleary permission to travel outside the State of New Jersey to Wichita, Kansas, from February 13, 2009 to February 16, 2009;

IT IS on this || day of February, 2009;

ORDERED that the following Special Condition of Supervised Release is hereby removed as a condition of supervised release:

> "The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office."

IT IS FURTHER ORDERED that should the Division of Parole cease testing Mr. Cleary, the United States Probation Office shall be immediately notified and the above special condition shall be reinstated;

IT IS FURTHER ORDERED that Mr. Cleary is permitted to travel out of the State of New Jersey to Wichita, Kansas, from February 13, 2009 to February 16, 2009, provided he submits his travel itinerary and his written permission from the Division of Parole; and

IT IS FURTHER ORDERED that at the discretion of the United States Probation Office, Mr. Cleary shall submit to random drug testing other than the Code-a-Phone program.

_____
HONORABLE KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of the above Order.

RALPH J. MARRA, JR.
Acting United States Attorney

_____
By: Phillip H. Kwon
Assistant U.S. Attorney

_____
K. Anthony Thomas
Assistant Federal Public Defender